

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 7 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN VILLA,<br><br>Defendant. | Case No.  CR 17-00118-MWF<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On August 27, 2020,  Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on July 16, 2020. Deputy Federal Public Defender Anuj Nadadur was appointed to represent Defendant.  Defendant submitted on the recommendation of detention in the Pretrial Services Report.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒ allegations in the petition include failing to report to the probation officer as instructed, failing to participate in outpatient substance abuse treatment and counseling program and failing to report for drug testing, use of a controlled substance and commission of a crime.

☒ history of substance abuse

☒ absconder status

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒ allegations in the petition (see above)

☒ criminal history, including history of non-compliance

☒ arrest and conviction while on supervision

☒ active failure to appear warrant

## III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 27, 2020


                                          /s/
                              _____
                                     ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE