

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWIN VILLA,<br><br>    Defendant. | Case No. 5:17-CR-00118-MWF<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 4, 2021, Defendant Edwin Villa ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 5:17-CR-00118-MWF. The Court appointed Deputy Federal Public Defender Lakeshia Adeniyi-Dorsey as counsel for Defendant.

///

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A.   ☐   Defendant submitted to the Government's Request for Detention;

B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Limited bail resources;
- Multiple arrests related to violations of community supervision;
- History of drug use;
- Nature of current allegations.

C.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Nature of current allegations;
- Criminal history that includes multiple firearm matters and felony convictions;
- History of drug use.

///
///
///
///
///

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: November 4, 2021

/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE